# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-130-886

**Effective date of registration:**

February 14, 2013

## Title

**Title of Work:** Photographs by David Oppenheimer from Winter of 2013

## Completion/Publication

**Year of Completion:** 2013

## Author

**Author:** David Gordon Oppenheimer

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1970

## Copyright claimant

**Copyright Claimant:** David Gordon Oppenheimer

P.O. Box 8105, Asheville, NC, 28814, United States

## Rights and Permissions

**Organization Name:** Performance Impressions LLC

**Name:** David Gordon Oppenheimer

**Email:** dave@performanceimpressions.com          **Telephone:** 828-273-9339

**Address:** P.O. Box 8105

Asheville, NC 28814  United States

## Certification

**Name:** David Gordon Oppenheimer

**Date:** February 14, 2013

**Registration #:** VAU001130886
**Service Request #:** 1-892631352

Performance Impressions LLC
David Gordon Oppenheimer
P.O. Box 8105
Asheville, NC 28814  United States