# Exhibit 3



© 2013 David Oppenheimer