Exhibit 4

Case: 1:26-cv-05231 Document #: 1-4 Filed: 05/05/26 Page 2 of 4 PageID #:24

TRANSITION
EQUITY
PARTNERS

STRATEGY    SECTORS    TEAM    PORTFOLIO    ESG    NEWS



# 20 Years of Energy Transition Investing

years of sector experience.

## TEP PORTFOLIO



**2021 | Houston, TX | Transitional Energy | Active**

Details

## PREVIOUSLY MANAGED

CALPINE®

**BlackRock | 2018 | Houston, TX | Transitional Energy | Active**

Details

NEXTDECADE

**BlackRock | 2018 | Houston, TX | Transitional Energy | Active**

Details

BEDROCK
ENERGY PARTNERS

**BlackRock | 2017 | Houston, TX | Upstream | Active**

Details

firstwind.

**MDP | 2006 | Boston, MA | Renewable Energy | Realized**

Details

USPOWERGEN

**MDP | 2006 | New York, NY | Transitional Energy | Realized**

Details

MAGELLAN®
MIDSTREAM PARTNERS, L.P.

**MDP | 2003 | Tulsa, OK | Midstream | Realized**

Details



US Power Generating Company ("USPowerGen") owned and operated fifty-three generating units at three facilities with a total summer capacity of over 2,180 Megawatts (MW). USPowerGen subsidiaries sold energy and capacity into the NYISO deregulated market. The company represented generation sufficient to serve approximately 20% of the overall load in New York. The company was sold in 2010 to financial buyers.

TRANSITION
EQUITY
PARTNERS

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.

Do not sell my personal information.

Cookie Settings    Accept

Captured at: 06/07/2025 12:08 PM    URL: https://transitionequity.com/wp-content/uploads/Astoria-Power-USPowergen.jpg



Captured at: 06/07/2025 12:07 PM    URL: https://transitionequity.com/wp-content/uploads/Astoria-Power-USPowergen-533x300.jpg

