### If THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| David Gordon Oppenheimer, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-05231 |
| | ) | |
| v. | ) | Dist. Judge: Hon. April M. Perry |
| Transition Equity Partners LLC, a Delaware limited liability company, Transition Equity Partners LLC, an Illinois limited liability company and Patrick C. Eilers, | ) ) ) ) | Mag. Judge: Hon. Albert Berry III |
| | ) | |
| Defendants. | ) | |

## RULE 4 WAIVER OF THE SERVICE OF SUMMONS

To: Ilya G. Zlatkin, Attorney for Plaintiff David Gordon Oppenheimer, Zlatkin Cann Entertainment, 4245 N. Knox Ave., Chicago, Illinois 60641, via First Class Mail.

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from May 12, 2026, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date    5/22/2026

(Signature of the attorney
or unrepresented party)

Mary Mazzello

(Printed name of Signatory)

Patrick Eilers

(Party Name, if Different from Signatory)

601 Lexington Ave New York, NY 11215

(Address)

mary.mazzello@kirkland.com

(E-mail address)

212-446-4944

(Telephone number)