**If THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| David Gordon Oppenheimer, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-05231 |
| | ) | |
| v. | ) | Dist. Judge: Hon. April M. Perry |
| Transition Equity Partners LLC, a Delaware | ) | |
| limited liability company, Transition Equity | ) | Mag. Judge: Hon. Albert Berry III |
| Partners LLC, an Illinois limited liability | ) | |
| company and Patrick C. Eilers, | ) | |
| | ) | |
| Defendants. | ) | |

## RULE 4 WAIVER OF THE SERVICE OF SUMMONS

To: Ilya G. Zlatkin, Attorney for Plaintiff David Gordon Oppenheimer, Zlatkin Cann Entertainment, 4245 N. Knox Ave., Chicago, Illinois 60641, via First Class Mail.

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from May 12, 2026, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date    5/22/2026

_____
(Signature of the attorney
or unrepresented party)

Mary Mazzello
_____
(Printed name of Signatory)

Transition Equity Partners LLC (DE & IL)
_____
(Party Name, if Different from Signatory)

601 Lexington Ave New York, NY 11215
_____
(Address)

mary.mazzello@kirkland.com
_____
(E-mail address)

212-446-4944
_____
(Telephone number)