**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: DAVID GORDON OPPENHEIMER v. TRANSITION EQUITY PARTNERS, LLC,  et al.

Case Number: 1:26-cv-05231

An appearance is hereby filed by the undersigned as attorney for:
TRANSITION EQUITY PARTNERS, LLC, TRANSITION EQUITY PARTNERS LLC, and PATRICK C. EILERS,

Attorney name (type or print):  Brian A. Verbus

Firm: Kirkland & Ellis LLP

Street address:  333 W. Wolf Point Plaza

City/State/Zip:    Chicago, IL 60654

Bar ID Number: 6314193
(See item 3  in instructions)

Telephone Number:    312-862-2000

Email Address: brian.verbus@kirkland.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.      ☐   Retained Counsel

☐   Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/7/2026

Attorney signature:      *S/ Brian A. Verbus*_____
                                       (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023