**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DAVID GORDON OPPENHEIMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-05231 |
| | ) | |
| TRANSITION EQUITY PARTNERS, LLC, | ) | Hon. Judge April M. Perry |
| a Delaware limited liability company; | ) | |
| TRANSITION EQUITY PARTNERS LLC, | ) | |
| an Illinois limited liability company; and | ) | |
| PATRICK C. EILERS, | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER
THE COMPLAINT OR OTHERWISE RESPOND**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Transition Equity Partners, LLC, Transition Equity Partners LLC, and Patrick C. Eilers ("Defendants"), respectfully move the Court for a 60-day extension of time to answer or otherwise respond to Plaintiff Oppenheimer's Complaint. Plaintiff consents to this extension request.

1. Plaintiff filed its Complaint (Dkt. 1) in this matter on May 5, 2026.

2. The current due date to answer or otherwise respond to the Complaint is July 13, 2026 (Dkt. 6).

3. Granting the 60-day extension to answer or otherwise plead to the Complaint extends this deadline to September 11, 2026.

4. Good cause exists for the requested extension. Since initiation of this matter, the parties have engaged in discussions to resolve this dispute and have made significant progress. They, however, have not yet reached a resolution.

5.   Granting a 60-day extension to answer or otherwise respond to the Complaint will allow the parties to continue their settlement discussions and potentially resolve this matter without Court intervention.

6.   The parties have not previously requested an extensions of any deadlines.

7.   Granting the extension will not prejudice any party.  Rather, Plaintiff consents to this request.

Accordingly, for good cause, Defendants respectfully request extension of the deadline for Defendants to answer or otherwise respond to the complaint to September 11, 2026.

Respectfully submitted,

Dated: July 7, 2026

*/s/ Brian A. Verbus*

Brian A. Verbus
KIRKLAND & ELLIS LLP
333 W. Wolf Point Plaza
Chicago, IL 60654
Telephone: 312-862-2000
brian.verbus@kirkland.com

Mary Mazzello (pro hac forthcoming)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
mary.mazzello@kirkland.com

*Attorneys for Defendants Transition Equity Partners, LLC and Transition Equity Partners LLC and Patrick C. Eilers*

2