**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DAVID GORDON OPPENHEIMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-05231 |
| | ) | |
| TRANSITION EQUITY PARTNERS, LLC, | ) | Hon. Judge April M. Perry |
| a Delaware limited liability company; | ) | |
| TRANSITION EQUITY PARTNERS LLC, | ) | |
| an Illinois limited liability company; and | ) | |
| PATRICK C. EILERS, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH
TO ANSWER THE COMPLAINT OR OTHERWISE RESPOND**

PLEASE TAKE NOTICE that on Tuesday, July 14, 2026 at 10:00 a.m., or as soon thereafter as counsel may be heard in the above-captioned action, Counsel shall appear before The Honorable April M. Perry, in Courtroom 1725 at the United States District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, Illinois 60604 and present the Unopposed Motion for Extension of Time Within Which to Answer the Complaint or Otherwise Respond.

Respectfully submitted,

Dated: July 7, 2026

*/s/ Brian A. Verbus*

Brian A. Verbus
KIRKLAND & ELLIS LLP
333 W. Wolf Point Plaza
Chicago, IL 60654
Telephone: 312-862-2000
brian.verbus@kirkland.com

Mary Mazzello (pro hac forthcoming)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
mary.mazzello@kirkland.com

*Attorneys for Defendants Transition Equity Partners, LLC and Transition Equity Partners LLC and Patrick C. Eilers*