**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DAVID GORDON OPPENHEIMER,<br><br>Plaintiff,<br><br>v.<br><br>TRANSITION EQUITY PARTNERS, LLC, a Delaware limited liability company; TRANSITION EQUITY PARTNERS LLC, an Illinois limited liability company; and PATRICK C. EILERS,<br><br>Defendants. | ) | Case No. 1:26-cv-05231<br><br>Hon. Judge April M. Perry |

**JOINT MOTION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER THE COMPLAINT OR OTHERWISE RESPOND**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff David Gordon Oppenheimer ("Plaintiff") and Defendants Transition Equity Partners, LLC, Transition Equity Partners LLC, and Patrick C. Eilers ("Defendants"), respectfully move the Court for a 45-day extension of time for Defendants to answer or otherwise respond to Plaintiff's Complaint.

1. Plaintiff filed its Complaint (Dkt. 1) in this matter on May 5, 2026.
2. The current due date to answer or otherwise respond to the Complaint is September 11, 2026 (Dkt. 10).
3. Granting the 45-day extension to answer or otherwise plead to the Complaint extends this deadline to October 26, 2026.
4. Good cause exists for the requested extension. Since initiation of this matter, the parties have engaged in discussions to resolve this dispute and have made significant progress. They, however, have not yet reached a resolution.

5. Granting a 45-day extension to answer or otherwise respond to the Complaint will allow the parties to continue their settlement discussions and potentially resolve this matter without Court intervention.

6. Defendants previously requested a 60-day extension of the deadline to answer or otherwise respond to the Complaint to allow the parties to discuss settlement. Dkt. 8. This request was granted on July 8, 2026. Dkt. 10.

7. The parties have been in settlement discussions since then and have moved closer to a resolution. They, however, lost some time for those discussions due to a personal matter. The additional 45-day extension will allow the parties to make up for this lost time and potentially reach agreement.

8. Granting the extension will not prejudice any party. Rather, the parties submit this request jointly.

Accordingly, for good cause, the parties respectfully request extension of the deadline for Defendants to answer or otherwise respond to the complaint to October 26, 2026.

Respectfully submitted,

Dated: September 9, 2026

*/s/ Brian A. Verbus*

Brian A. Verbus
KIRKLAND & ELLIS LLP
333 W. Wolf Point Plaza
Chicago, IL 60654
Telephone: 312-862-2000
brian.verbus@kirkland.com

Mary Mazzello (pro hac forthcoming)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
mary.mazzello@kirkland.com

*Attorneys for Defendants Transition Equity Partners, LLC and Transition Equity Partners LLC and Patrick C. Eilers*

/s/ *Ilya G. Zlatkin*

Ilya G. Zlatkin (ARDC No. 6314344)
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
Fax: (312) 809-6918
ilya@zce.law

*Attorney for Plaintiff David Gordon Oppenheimer*