**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DAVID GORDON OPPENHEIMER,<br><br>Plaintiff,<br><br>v.<br><br>TRANSITION EQUITY PARTNERS, LLC, a Delaware limited liability company; TRANSITION EQUITY PARTNERS LLC, an Illinois limited liability company; and PATRICK C. EILERS,<br><br>Defendants. | ) | Case No. 1:26-cv-05231<br><br>Hon. Judge April M. Perry |

**NOTICE OF JOINT MOTION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER THE COMPLAINT OR OTHERWISE RESPOND**

PLEASE TAKE NOTICE that on Tuesday, September 15, 2026 at 10:00 a.m., or as soon thereafter as counsel may be heard in the above-captioned action, Counsel shall appear before The Honorable April M. Perry, in Courtroom 1725 at the United States District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, Illinois 60604 and present the Joint Motion for Extension of Time Within Which to Answer the Complaint or Otherwise Respond.

Respectfully submitted,

Dated: September 9, 2026

*/s/ Brian A. Verbus*

Brian A. Verbus
KIRKLAND & ELLIS LLP
333 W. Wolf Point Plaza
Chicago, IL 60654
Telephone: 312-862-2000
brian.verbus@kirkland.com

Mary Mazzello (pro hac forthcoming)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
mary.mazzello@kirkland.com

*Attorneys for Defendants Transition Equity Partners, LLC and Transition Equity Partners LLC and Patrick C. Eilers*

/s/ *Ilya G. Zlatkin*

Ilya G. Zlatkin (ARDC No. 6314344)
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
Fax: (312) 809-6918
ilya@zce.law

*Attorney for Plaintiff David Gordon Oppenheimer*