**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| David Gordon Oppenheimer,<br><br>Plaintiff,<br><br>v.<br>Transition Equity Partners LLC, a Delaware limited liability company, Transition Equity Partners LLC, an Illinois limited liability company and Patrick C. Eilers,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-05231<br><br>Dist. Judge: Hon. April M. Perry<br><br>Mag. Judge: Hon. Albert Berry III |

**PLAINTIFF'S RULE 41(a)(1)(A) NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST DEFENDANT**

Plaintiff, by undersigned Counsel, hereby voluntarily dismisses Plaintiff's complaint against Defendants TRANSITION EQUITY PARTNERS LLC (a Delaware limited liability company), TRANSITION EQUITY PARTNERS LLC (an Illinois limited liability company), and PATRICK C. EILERS, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendants have not yet filed an answer or a motion for summary judgment. Each side shall bear their own costs and fees, including all attorneys' fees.

Dated: October 8, 2026

Respectfully submitted,

**PLAINTIFF**

By: /s/ *Ilya G. Zlatkin*

Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
Fax: (312) 809-6918
ilya@zce.law

*Attorney for Plaintiff*