**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

David Gordon Oppenheimer
Plaintiff,
v.
Case No.: 1:26−cv−05231
Honorable April M. Perry
Transition Equity Partners, LLC, et al.
Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 9, 2026:

MINUTE entry before the Honorable April M. Perry: Notice of Voluntary Dismissal [14] is acknowledged. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is dismissed with prejudice. Any or all previously set deadlines/hearings to be struck. Civil case terminated. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.